**Order entered November 4, 2015**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-15-00879-CV

### LORRIE FRAZIN, Appellant

### V.

### MARC SAUTY AND BENEDICTE SAUTY, Appellees

**On Appeal from the County Court at Law No. 3
Dallas County, Texas
Trial Court Cause No. CC-11-00258-C**

## ORDER

The reporter's record and a corrected clerk's record containing any answer filed by appellant in the justice court or county court or a certification that such answer(s) cannot be located are past due.

Accordingly, we **ORDER** Court Reporter Janet E. Wright to file, within **TEN DAYS** of the date of this order (1) the reporter's record; (2) written verification that no hearings were recorded; or (3) written verification that appellant has either not requested the record or has failed to pay or make arrangements to pay the reporter's fee to prepare the reporter's record. We caution appellant that if we receive verification she has not requested the reporter's record, we will order the appeal submitted without the reporter's record. *See* TEX. R. APP. P. 37.3(c).

We further **ORDER** the Dallas County Clerk to file, within **FIVE DAYS** of the date of this order, either the clerk's corrected record or written certification that the answer filed by appellant in the justice court or county court cannot be located.

Appellees' Motion to Dismiss and For Attorney's Fees is **DENIED**.

We **DIRECT** the Clerk of the Court to send a copy of this order by electronic transmission to John Warren, Dallas County Clerk, Ms. Wright, and to all parties.

/s/  CAROLYN WRIGHT
    CHIEF JUSTICE